[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13905
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 26, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-20270-CR-JEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO ANTONIO CARVAJAL VARONA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 26, 2010)

Before BLACK, MARCUS  and PRYOR, Circuit Judges.

PER CURIAM:

Kathleen Williams, appointed counsel for Pedro Antonio Carvajal Varona in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carvajal Varona's convictions and sentences are **AFFIRMED.**